THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE SANDOVAL ZUNIGA,<br>Defendants | Case No.: CR25-00213 JNW<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE<br><br>Noted on calendar for October 8, 2026________________ |

The Court, having considered all the representations made regarding the need for a continuance of the trial date,

FINDS, taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).



Offices of George Davenport
40 LK Bellevue, STE 100
Bellevue, Washington 98005

THE COURT FURHTER FINDS the additional time requested is a reasonable period of delay as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.

THE COURT FURTHER FINDS the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161 (h)(7)(A).

THE COURT FURHTER FINDS that the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsels' schedule and all the facts set forth above.

IT IS THEREFORE ORDERED trial is continued to October 25, 2027, with an extension of the ~~expert notice dates and~~ pretrial motions deadline to the following date~~s~~: July 26, 2027.

Dated this 9th day of October 2026.

JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*George I. Davenport, Jr.*
Law Office of George Davenport
Attorney for Derrick Jackson
40 Lake Bellevue, #100
Bellevue, WA 98005
(425) 646-8911
Fax (206) 260.7191
Email: George_Davenport_Esq@outlook.com